IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ROY E. ERWIN, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> BRYAN F. RUSS, JR., *et al.*, <br><br> Defendants | Case No. 6:09-cv-127 |

## NOTICE OF REQUEST FOR CRIMINAL REFERRAL

TO THE HONORABLE JUDGE WALTER S. SMITH, JR.:

Now come the Plaintiffs and notify the Court that they have asked Judge David Hittner to refer Judge Robert Stem and Defendant Bryan F. Russ to the United States Attorney's Office for the Western District of Texas for criminal investigation. *See Roy E. Erwin v. Bryan F. Russ, Jr., et al.*, Case No. 09-cv-1894 (S.D. Tex.) ("Houston Case"), Document 6 (a copy of which is attached).

Respectfully submitted,

**/s/ Ty Clevenger**
Ty Clevenger
Texas Bar No. 24034380
P.O. Box 4806
Bryan, Texas 77805
Phone: (979) 985-5289
Fax:    (979) 530-9523

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2009, a copy of this document was filed electronically, which should result in automatic notification of the attorneys below via the Court's electronic notification system:

>Frederick deB. Bostwick, III
>State Bar No. 02682500
>J. David Dickson
>State Bar No. 05839500
>Mark C. Hobbs
>State Bar No. 24035905
>Central Tower
>5400 Bosque Blvd., Ste. 301
>Waco, Texas 76710
>ATTORNEYS FOR RUSS & MCCULLOUGH DEFENDANTS
>
>Vance Dunnam
>State Bar No. 06257000
>P.O. Box 8418
>Waco, Texas  76714
>ATTORNEY FOR DEFENDANT LEAMON

>/s/ Ty Clevenger
>Ty Clevenger